# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  JON-PAUL TROCOLA & MICHAELENE TROCOLA                Case Number: 04-74941
        309 DAVID COURT           SSN-xxx-xx-0566 & xxx-xx-8407
        ISLAND LAKE, IL  60042

Case filed on: 10/5/2004
Plan Confirmed on: 12/3/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $125,880.43          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | NATIONAL CITY MORTGAGE COMPANY | 0.00 | 0.00 | 48,248.00 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 48,248.00 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 008 | RISK MANAGEMENT ALTERNATIVES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JON-PAUL TROCOLA | 0.00 | 0.00 | 3,480.43 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 3,480.43 | 0.00 |
| 001 | BANCO POPULAR NORTH AMERICA | 16,730.00 | 16,730.00 | 16,730.00 | 894.66 |
| 002 | ECAST SETTLEMENT CORPORATION | 300.00 | 300.00 | 300.00 | 14.48 |
| 003 | CHASE MANHATTAN AUTOMOTIVE FINANCE CORP | 10,026.58 | 10,026.58 | 10,026.58 | 535.24 |
| 004 | ECAST SETTLEMENT CORPORATION | 300.00 | 300.00 | 300.00 | 12.92 |
| 006 | NATIONAL CITY MORTGAGE COMPANY | 1,356.68 | 1,356.68 | 1,356.68 | 0.00 |
|  | Total Secured | 28,713.26 | 28,713.26 | 28,713.26 | 1,457.30 |
| 001 | BANCO POPULAR NORTH AMERICA | 12,533.02 | 12,533.02 | 6,544.88 | 0.00 |
| 002 | ECAST SETTLEMENT CORPORATION | 2,070.79 | 2,070.79 | 1,081.39 | 0.00 |
| 003 | CHASE MANHATTAN AUTOMOTIVE FINANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ECAST SETTLEMENT CORPORATION | 2,381.19 | 2,381.19 | 1,243.49 | 0.00 |
| 007 | BECKET & LEE, LLP | 458.12 | 458.12 | 239.24 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 1,049.50 | 1,049.50 | 548.06 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 5,825.30 | 5,825.30 | 3,042.03 | 0.00 |
| 011 | CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | RESURGENT CAPITAL SERVICES | 3,388.62 | 3,388.62 | 1,769.58 | 0.00 |
| 013 | CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CITIMORTGAGE INC | 996.25 | 996.25 | 520.25 | 0.00 |
| 015 | CITIFINANCIAL MORTGAGE COMPANY | 7,527.68 | 7,527.68 | 3,931.03 | 0.00 |
| 016 | DISCOVER FINANCIAL SERVICES | 4,856.49 | 4,856.49 | 2,536.11 | 0.00 |
| 017 | ECAST SETTLEMENT CORPORATION | 9,117.13 | 9,117.13 | 4,761.06 | 0.00 |
| 018 | ECAST SETTLEMENT CORPORATION | 2,315.08 | 2,315.08 | 1,208.96 | 0.00 |
| 019 | JAVIER CRISTOBAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | WORLD FINANCIAL NETWORK NATIONAL BANK | 1,325.21 | 1,325.21 | 692.04 | 0.00 |
| 021 | MARSHALL FIELDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ECAST SETTLEMENT CORPORATION | 272.09 | 272.09 | 142.09 | 0.00 |
| 023 | ECAST SETTLEMENT CORPORATION | 223.44 | 223.44 | 116.69 | 0.00 |
| 024 | NORTHWESTERN MEDICAL ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ILLINOIS STUDENT ASSISTANCE COMM | 12,736.37 | 12,736.37 | 6,651.07 | 0.00 |
| 026 | AMERICAN GENERAL FINANCE | 1,745.11 | 1,745.11 | 911.31 | 0.00 |
| 027 | RESURGENT CAPITAL SERVICES | 1,279.88 | 1,279.88 | 668.35 | 0.00 |
|  | Total Unsecured | 70,101.27 | 70,101.27 | 36,607.63 | 0.00 |
|  | Grand Total: | 101,514.53 | 101,514.53 | 119,749.32 | 1,457.30 |

Total Paid Claimant:       $121,206.62
Trustee Allowance:         $4,673.81          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:       52.22          discharging the trustee and the trustee's surety from any and all
                                             liablility on account of the within proceedings, and closing the estate,
                                             and for such other relief as is just.  Pursuant to FRBP, I hereby
                                             certify that the subject case has been fully administered.

Report Dated:

                                                      /s/ Lydia S. Meyer
                                                    Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/29/2008                 By  /s/Heather M. Fagan